IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY HELEN PEREA,

    Plaintiff,

v.                                                                            No. 12-cv-0812 SMV/CG

ALBERTSONS, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTIONS TO EXTEND DISCOVERY AND TO EXTEND PRETRIAL MOTIONS DEADLINE, VACATING TRIAL SETTINGS, AND SETTING TELEPHONIC STATUS CONFERENCE TO SET TRIAL

THIS MATTER is before the Court on Defendant's Unopposed Motion to Extend Discovery Deadline [Doc. 52] and Unopposed Motion to Extend Pretrial Motions Deadline [Doc. 58]. The current discovery and pretrial motions deadlines are March 21, 2013, and April 4, 2013, respectively. Defendant requests that the discovery deadline be extended to August 1, 2013, and that the pretrial motion deadline be extended to August 27, 2013. The Court, being advised that the Motions are unopposed, FINDS that they are well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that Defendant's Unopposed Motion to Extend Discovery Deadline [Doc. 52] is **GRANTED**. The termination date for discovery is **August 1, 2013,** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion to Extend Pretrial Motions Deadline [Doc. 58] is **GRANTED**. Pretrial motions, other than discovery motions,

shall be filed with the Court and served on opposing party by **August 27, 2013**.  *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

**IT IS FURTHER ORDERED** that the Court's Order Setting Pretrial Motions Hearing, Pretrial Conference, Jury Selection, and Jury Trial [Doc. 43] is **VACATED**.  All trial, hearing, and conference settings pursuant to that Order, as well as any related deadlines, are **VACATED**.

**IT IS FINALLY ORDERED** that a telephonic status conference is set for Tuesday, April 9, 2013, at 2:00 p.m.  Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings.  Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting.  Counsel are reminded to have their calendars available for the hearing.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**