IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARY HELEN PEREA,**

        **Plaintiff,**

**v.**                                        **No. 12-cv-0812 SMV/CG**

**ALBERTSONS, LLC,**

        **Defendant.**

## ORDER GRANTING JOINT MOTION TO DISMISS

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss [Doc. 69]. Parties request that Plaintiff's Complaint be dismissed with prejudice because all claims therein have been settled. The Court, having reviewed the Motion, being advised that it is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the parties' Joint Motion to Dismiss [Doc. 69] is **GRANTED**. Plaintiff's Complaint and all claims and causes which could have been brought are hereby **DISMISSED with prejudice** as against Defendant. All parties shall bear their own costs.

**IT IS SO ORDERED**.

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**